## Commonwealth *v.* Patterson, Appellant.

Argued September 16, 1971. *Gary Lee Patterson,* appellant, in propria persona; *John Woodcock, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Pegram, Appellant.

Argued September 13, 1971. *John W. Packel,* Assistant Defender, with him *Anne T. Welsh,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.